# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**

**VERSUS**

**LOUISIANA DEPT. OF CORR., ET AL.**

**CIVIL ACTION**

**NO. 18-191-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 22, 2019, to which an opposition (R. Doc.100) was filed;

**IT IS ORDERED** that the Motion to Dismiss filed on behalf of remaining defendants S. Lamartiniere, Smith, Dr. Lavespere, Dr. Gamble, Bellamy, Adams, and other defendants previously dismissed (R. Doc. 36), is granted in part, dismissing the plaintiff's claims for monetary damages asserted against the defendants in their official capacities, and dismissing the plaintiff's claims in their entirety against defendants S. Lamartiniere, Dr. Lavespere, Dr. Gamble and Bellamy with prejudice. It is further ordered that the Motion (R. Doc. 36) is denied as to the plaintiff's claims for deliberate indifference to his health and safety asserted against defendants Smith and Adams in their individual capacities, and in all other regards is denied as moot.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed on behalf of defendant Hayden (R. Doc. 66) is denied as moot.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed on behalf of remaining defendant Holmes and other defendants previously dismissed (R. Doc. 85) is granted in part as to the plaintiff's claims for monetary damages asserted against defendant Holmes in his

official capacity. It is further ordered that the Motion (R. Doc. 85) is denied as to the plaintiff's claim for excessive force asserted against defendant Holmes, and in all other regards is denied as moot.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims, and this matter is referred back to the magistrate judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on <u>April 30, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**