UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**

**VERSUS**

**LOUISIANA DEPT. OF CORR., ET AL.**

**CIVIL ACTION**

**NO. 18-191-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 22, 2019, to which no opposition was filed;

**IT IS ORDERED** that Motion for Partial Summary Judgment filed by Joel Williams, Herman Holmes, Carol Gilcrease, Marcia Booker (R. Doc. 81) is denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on May 30, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA