UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**

**VERSUS**

**LOUISIANA DEPT. OF CORR., ET AL.**

CIVIL ACTION

NO. 18-191-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 141) dated August 14, 2020, to which no objection was filed;

**IT IS ORDERED** that the plaintiff's claims against defendant Juan Smith are dismissed, without prejudice, for failure of the plaintiff to serve the defendant as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on September 8, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**